# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-063-MOC-DCK

| | |
|---|---|
| STEPHANIE SANDIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAPITALA FINANCE CORP., JOSEPH B. ALALA, III, and STEPHEN A. ARNALL, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) filed by Bradley J. Lingo, concerning Bethany M. Rezek on February 7, 2018. Ms. Bethany M. Rezek seeks to appear as counsel *pro hac vice* for Defendants, Capitala Finance Corporation, Joseph B. Alala, III, and Stephen A. Arnall. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) is **GRANTED.** Ms. Bethany M. Rezek is hereby admitted *pro hac vice* to represent Defendants, Capitala Finance Corporation, Joseph B. Alala, III, and Stephen A. Arnall.

**SO ORDERED**.

Signed: February 7, 2018

David C. Keesler
United States Magistrate Judge