# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-063-MOC-DCK

| | |
|---|---|
| STEPHANIE SANDIFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITALA FINANCE CORP., JOSEPH B. )<br>ALALA, III, and STEPHEN A. ARNALL, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) filed by William E. Moore, Jr., concerning J. Alexander Hood II on February 12, 2018. Mr. J. Alexander Hood II seeks to appear as counsel *pro hac vice* for Plaintiff, Stephanie Sandifer. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) is **GRANTED.** Mr. J. Alexander Hood II is hereby admitted *pro hac vice* to represent Plaintiff, Stephanie Sandifer.

**SO ORDERED**.

Signed: February 13, 2018

David C. Keesler
United States Magistrate Judge