IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-063-MOC-DCK

| STEPHANIE SANDIFER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| CAPITALA FINANCE CORP., JOSEPH B. ALALA, III, and STEPHEN A. ARNALL, | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) filed by William E. Moore, Jr., concerning Jeremy A. Lieberman on February 15, 2018. Mr. Jeremy A. Lieberman seeks to appear as counsel *pro hac vice* for Plaintiff, Stephanie Sandifer. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 30) is **GRANTED.** Mr. Jeremy A. Lieberman is hereby admitted *pro hac vice* to represent Plaintiff, Stephanie Sandifer.

**SO ORDERED**.

Signed: February 15, 2018

David C. Keesler
United States Magistrate Judge