UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-063-MOC-DCK

STEPHANIE SANDIFER, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CAPITALA FINANCE CORP., JOSEPH B.
ALALA III, and STEPHAN A. ARNALL,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**WHEREAS**, no defendant in the above-captioned action, *Sandifer v. Capitala Finance Corp. et al.*, 3:18-cv-00063-MOC-DCK, brought before the United States District Court for the Western District of North Carolina, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Stephanie Sandifer hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: February 28, 2018                Respectfully submitted,

 */s/ William E. Moore, Jr.*
N.C. Bar No. 9962
Gray, Layton, Kersh, Solomon, Furr, & Smith, P.A.
516 South New Hope Road, Post Office Box 2636
Gastonia, NC 28053
Phone: (704) 865-4400
Fax: (704) 866-8010
E-mail: bmoore@gastonlegal.com
*LCvR 83.1(B)(1) Local Counsel for Plaintiff*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com
*Counsel for Plaintiff (Pro Hac Vice)*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which has sent notification of such filing to the following:

| | |
|---|---|
| B. Warren Pope<br>King & Spalding, LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>404-572-4897<br>Fax: 404-572-5100<br>Email: wpope@kslaw.com | Bradley Jason Lingo<br>King & Spalding LLP<br>300 South Tryon Street, Suite 1700<br>Charlotte, NC 28202<br>704-503-2573<br>Fax: 704-503-2622<br>Email: blingo@kslaw.com |
| Bethany Marie Rezek<br>King & Spalding, LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>404-572-4728<br>Fax: 404-572-5139<br>Email: brezek@kslaw.com | Jennifer Taylor Stewart<br>King and Spalding LLP<br>633 West 5th Street, Suite 1700<br>Los Angeles, CA 90071<br>213-443-4355<br>Fax: 213-443-4310<br>Email: jstewart@kslaw.com |

This the 28th day of February, 2018.

*s/ William E. Moore, Jr.*
N.C. Bar No. 9962
Gray, Layton, Kersh, Solomon, Furr, & Smith, P.A.
516 South New Hope Road, Post Office Box 2636
Gastonia, NC 28053
Phone: (704) 865-4400
Fax: (704) 866-8010
E-mail: bmoore@gastonlegal.com
LCvR 83.1(B)(1) Local Counsel for Plaintiff

cc: **POMERANTZ, LLP** *via email*

    Jennifer Pafiti
    (SBN 282790)
    468 North Camden Drive
    Beverly Hills, CA 90210
    Telephone: (818) 532-6499
    E-mail: jpafiti@pomlaw.com

    J. Alexander Hood II
    600 Third Avenue, 20th Floor
    New York, NY 10016
    Telephone: (212) 661-1100
    Facsimile: (212) 661-8665
    E-mail: ahood@pomlaw.com

&

    Jeremy Allan Lieberman
    Pomerantz Haudek Grossman & Gross LLP
    100 Park Avenue 26th Floor
    New York, NY 10017
    Telephone: (212) 661-1100
    Fax: (212) 661-8665
    Email: jalieberman@pomlaw.com
    ***Attorneys for Plaintiff (Pro Hac Vice)***